NAME: CHRISTOPHER BRIAN COLBERT 2254 12/17/24
PRISON NUMBER 02245499
PLACE OF CONFINEMENT: T.D.C.J. WAINWRIGHT UNIT, LOVELADY, TX

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF

United States Courts
Southern District of Texas
FILED
JAN 03 2025
Nathan Ochsner, Clerk of Court

CHRISTOPHER BRIAN COLBERT, PETITIONER

V.

WARDEN DONALD MUNIZ, RESPONDENT

and

THE ATTORNEY GENERAL OF THE STATE OF ________, ADDITIONAL RESPONDENT

PETITION

1. NAME AND LOCATION OF COURT WHICH ENTERED THE JUDGEMENT OF CONVICTION UNDER ATTACK: THE 363RD JUDICIAL DISTRICT COURT, DALLAS COUNTY, TX

2. DATE OF JUDGEMENT OF CONVICTION: 1/22/2019

3. LENGTH OF SENTENCE: 25 YEARS

4. NATURE OF OFFENSE INVOLVED: MURDER ONE, THEFT $100,000.00 TO $200,000.00, MONEY LAUNDERING, TAMPERING W/ GOV'T. RECORD, (I DON'T KNOW THE FIFTH CHARGE, MY ATTORNEY DID NOT GIVE ME PAPERWORK WHEN I HAD MY ARRAINMENT) I GOT THESE CAUSE #'S FROM THE LAWLIBRARY.
1. OFFCD 09990030 2. OFFCD 23990013 3. OFFCD 26990170
CAUSE# F-1675411-W CAUSE# F-1600489-W CAUSE# F-1675320-W

4. OFFCD 2699039 5. OFFCD 26990152
CAUSE# F-1675320-W CAUSE# F-1615337-W

5. WHAT WAS YOUR PLEA?
(b) GUILTY

6. KIND OF TRIAL: NO TRIAL
7. DID YOU TESTIFY AT TRIAL? NO TRIAL

8. DID YOU APPEAL FROM THE JUDGEMENT OF CONVICTION?
NO - I WAS NOT INFORMED BY COUNCIL WHAT A APPEAL WAS.
ON MAY 9, 2022 I FILED MY FIRST HABEUS CORPUS

9. IF YOU DID APPEAL ANSWER THE FOLLOWING: W16-75411 W (A)
(a) NAME OF COURT
(b) RESULT
(c) DATE OF RESULT

10. OTHER THAN A DIRECT APPEAL FROM THE JUDGEMENT OF CONVICTION AND SENTENCE, HAVE YOU PREVIOUSLY FILED ANY PETITIONS, APPLICATIONS, OR MOTIONS WITH RESPECT TO THIS JUDGEMENT IN ANY COURT, STATE OR FEDERAL?
YES

11. IF YOUR ANSWER TO 10 WAS "YES" GIVE THE FOLLOWING INFORMATION:
(a)(1) NAME OF COURT: 363 RD JUDICIAL DISTRICT COURT
(2) NATURE OF PROCEEDING: STATE COURT SAID A FURTHER FACTUAL INVESTIGATION MAY BE NECESSARY TO DETERMINE THE MERIT, IF ANY TO APPLICANTS INEFFECTIVE

COUNSEL CLAIM. THE COURT SAID THEY SHOULD ISSUE ORDER DESIGNATING ISSUES & GATHER EVIDENCE. DENIED APPLICANT'S ALLEGATION. THE COURT ORDERED APPOINTING COUNSEL ON REMAND APRIL SMITH WAS APPOINTED "WRIT MASTER" BUT SHE DID NOT FILE AN AFFIDAVIT OR ANY KNOWN PLEADINGS WITH COURT REGARDING THE REMAND ORDER. THE STATE DID NOT SPONSOR OR PREPARE THE FINDINGS OF FACT AND CONCLUSIONS OF LAW. THE TRIAL COURT ACTED IN AN ADVERSIAL ROLE DENYING A FAIR HABUEUS TRIAL. TRIAL COURT JUDGE TRACY HOLMES FAILED TO ATTATCH A "NOTARIZED" AFFADAVIT SWEARING TO FACTS.

(3) GROUNDS RAISED:

1. DENIAL OF RIGHT TO A SPEEDY TRIAL ART. I § 10 § 19 TEX CONST. 5th, 6th, 14th AMENDS USCA
2. INEFFECTIVE ASSISTANCE OF COUNSEL ART I § 10, § 19 TEX CONST. 6th & 14th AMENDS USCA
3. DENIAL OF DUE PROCESS OF LAW ART I § 10 § 15 § 19 TEX CONST. 5th, 6th & 14th AMENDS USCA
4. DENIAL OF DUE PROCESS OF LAW ART I § 10 § 15 § 19 TEX CONST 5th, 6th & 14th AMENDS

(4) DID YOU RECIEVE AN EVIDENTIARY HEARING ON YOUR PETITION, APPLICATION OR MOTION?
NO

B SECOND PETITION: W16-75411 W(B)

(1) NAME OF COURT: 363RD JUDICIAL DISTRICT COURT, DALLAS COUNTY, TX

(2) NATURE OF PROCEEDING:

I GAVE MY "SPEEDY TRIAL" FORM TO COUNCIL PAUL BRAUCHLE AND HE NEVER TURNED IT IN. THE COURT COULD NOT LOCATE THE DOCUMENT. A SETTING ON 10/30/2017 WAS SET TO ADMONISH DEFENDANT FOR HIS OPTIONS FOR DISPOSING OF THE CASE, PUNISHMENT RANGE AND PLEA DEAL. THE COURT SAID APPLICANTS NUMEROUS LETTERS AND MOTIONS FOR DISCOVERY ARE CONTAINED ON ONBASE SYSTEM, THEREFORE IT APPEARS DEFENDANT KNEW HOW TO FILE FOR SPEEDY TRIAL HIMSELF. THIS ISSUE IS DENIED. I WAS EXTREMELY IGNORANT OF THE LAW AND COUNCIL TOOK ADVANTAGE OF THAT FACT. I ONLY MADE REQUESTS, NOT OFFICIAL MOTIONS BECAUSE A INMATE TOLD ME TO ASK FOR MY DISCOVERY WHICH COUNCIL REFUSED TO SHOW ME THE WHOLE 3 YEARS I WAITED IN DALLAS COUNTY.

COURTS TRANSCRIPTS WILL SHOW I TRIED TO FIRE PAUL BRAUCHLE TWICE FOR NOT SHOWING ME DISCOVERY. TRACY HOLMES DENIED REQUEST FIRST TIME BUT FIRED HIM THE SECOND REQUEST. PAUL BRAUCHLE THEN TRICKED ME INTO EVENTUALLY SIGNING FOR TIME BECAUSE HE TOLD ME, "IF YOU GO WITH ANOTHER ATTORNEY YOU WILL WAIT ANOTHER 3 YEARS IN DALLAS COUNTY."

(3) GROUNDS RAISED:

(1.) INEFFECTIVE ASSISTANCE OF COUNSEL

(2) DUE PROCESS VIOLATION - TRIAL COUNSEL

(3) DUE PROCESS VIOLATION - WRIT FINDINGS.

(4) DID YOU RECIEVE AN EVIDENTIARY HEARING ON YOUR PETITION, APP, OR MOTION?
NO

(C) THIRD PETITION: W-1625411-C

(1) NAME OF COURT: 363RD JUDICIAL DISTRICT COURT, DALLAS COUNTY, TX

(2) NATURE OF PROCEEDING:

THE COURT DISMISSED HABEUS CORPUS AS A SUBSEQUENT WRIT, DENIED ON THE MERITS. I WAS ARRESTED ON 3/3/2016 IN LOS ANGELOS. DALLAS COUNTY HAS MY BEGINNING TIME CREDIT BEGINNING 3/13/2016. WAINWRIGHT UNIT SERVED ME A TIMESLIP WITH BEGIN DATE 6/5/2016 TO 6/5/2041 UNDER THE NAME CHRIS COLBERT. AND DALLAS CLERK FELICIA PITRE WAS ADDRESSING LETTERS TO ME AS CHRIS COLBERT WHEN MY ACTUAL NAME IS CHRISTOPHER BRIAN COLBERT. THE 363RD DIST. COURT'S JUDGEMENT EXCEEDS THE STATUTORY MAX FOR THE OFFENSE WITH INCORRECT DATES AND THE COURT AND T.D.C.J ARE USING FRAUDULENT CLAIMS TO ACTUAL 25 YEARS OF TIME BY ADDING ADDITIONAL DAYS FOR PROFIT AND BY NOT ADDRESSING DEFENDANT BY ACTUAL BIRTH NAME.

(4) DID YOU RECIEVE AN EVIDENTIARY HEARING ON YOUR PETITION, APP OR MOTION?
NO

(D) FOURTH PETITION - W16-75411 W(D)

(1.) NAME OF COURT: 363RD JUDICIAL COURT, DISTRICT COURT

(2) NATURE OF PROCEEDING:

THE DISTRICT ATTORNEY, JOHN CREUZOT SENT ME A LETTER IN MAY OF 2020 TELLING ME TO CONTACT MY COUNCIL, PAUL BRAUCHLE, WHO WAS DECEASED, DUE TO THE FACT THAT MEDICAL EXAMINER FOR (SWIFS) CANDACE SCHOPPE WAS UNDER INVESTIGATION FOR FALSYFYING INFORMATION ON TWO AUTOPSIES SHE PERFORMED. SCHOPPE DID THE AUTOPSY ON MY ALLEGED "VICTIM" RON SHUMWAY. WHEN PAUL BRAUCHLE SHOWED ME AUTOPSY PHOTOS OF RON SHUMWAY I SAW THAT THERE WAS A MESH BAG, USED FOR A ICE COOLER, AROUND HIS NECK. THIS WAS A YEAR AND A HALF INTO ME SITTING IN DALLAS COUNTY. WHEN I SAW THE BAG I INSTANTLY REMEMBERED A BLOCKED MEMORY OF WHAT ALSO TOOK PLACE ON THE DAY OF VICTIMS DEATH. I TOLD PAUL BRAUCHLE WHAT TRASNSPIRED AND HE ACCUSED ME OF "SOUNDS LIKE YOUR CHANGING YOUR STORY!" WHICH WAS NOT TRUE. I ADMITTED TO THE DETECTIVES FROM DALLAS IN THE LA COUNTY JAIL WHEN THEY TOLD ME RON WAS DEAD. I WAS IGNORANT OF MY RIGHTS TO NOT SELF INCRIMINATE AND ASK FOR AN ATTORNEY. IT WAS ALSO I BELIEVE 3:00 AM, I WAS IN SHOCK FROM THE ARREST, EXHAUSTED, DELERIOUS AND STILL ON PSYCHADELIC MUSHROOMS BUT I WANTED TO TELL THEM AS MUCH AS I COULD REMEMBER. I TOLD THEM "RON ATTACKED ME STARTED CHOKING ME AND I CHOKED HIM BACK TO DEFEND MYSELF. I THEN BLACKED OUT FROM FEAR/SHOCK." RON SHUMWAY WAS MY MENTALLY ILL NEIGHBOR. I RENTED ONE SIDE OF HIS DUPLEX. HE DRANK ONE THIRD OF A BOTTLE OF RUM EVERY NIGHT UNTIL HE BLACKED OUT

EVERY NIGHT AND WAS A SEVERE ALCOHOLIC AND A PSYCHOTIC VIOLENT MAN. HE SHOVED ME AND MY HEAD WENT THROUGH THE SHEETROCK AND BEFORE I KNEW IT HE WAS ON TOP OF ME CHOKING ME. I COULD ONLY CHOKE HIM BACK TO DEFEND MYSELF BUT EVERYTHING WENT BLACK AND I THOUGHT I WAS GOING TO BE DEAD BECAUSE OF EVERYTHING GOING BLACK. I WOKE UP A FEW MINUTES LATER AND SMELLED GAS. I STAGGERED TO THE KITCHEN WHERE I SAW SHUMWAY WITH HIS BACK TO ME IN FRONT OF THE STOVE AND THE MESH BAG AROUND HIS SHOULDER. (SHUMWAY HAD BEEN THREATENING TO BLOW UP THE DUPLEX FOR MONTHS, SO I MOVED OUT FOR A COUPLE OF MONTHS. ONE DAY I SAW HIM AT THE GROCERY STORE AND HE WAS LITERALLY YELLOW-GRAY-ASHY. HE TOLD ME HE HAS CIROHSIS OF THE LIVER AND IS DYING. HE APOLOGIZED FOR ACTING SO PSYCHOTIC WHILE I WAS A TENANT AND EXPLAINED NO ONE CAN HELP HIM AND HE HAS NO ONE TO TAKE THE DUPLEX. HE MADE A DEAL THAT IF I CAME BACK TO MY APARTMENT AND HELPED HIM PREPARE FOR DYING, NURSE CARE, PLAN THE FUNERAL ETC. I COULD THEN HAVE THE DUPLEX. HE SAID HE QUIT DRINKING, WOULD NOT DRINK AND WOULD PREPARE THE TITLE TRANSFER OF THE DUPLEX IMMEDIATLY IF I RETURNED. I AGREED, RETURNED AND HE IMMEDIATLY BROKE THE DEAL BY GETTING DRUNK THE DAY THIS HAPPENED. HE WOULD ALWAYS TALK ABOUT BLOWING UP THE DUPLEX SO HE COULD KILL HIS NEIGHBORS ON EACH SIDE OF HIM) WHEN I SAW THE BAG AROUND HIS NECK I KNEW THAT WAS WHERE HE KEPT HIS CIGARETTES AND LIGHTERS AND IMMEDIATLY REALIZED HE WAS ABOUT TO

BLOW UP THE DUPLEX SO I RAN UP TO HIM, PULLED THE BAG AND HIM VERY HARD TO GET HIM INTO THE OTHER ROOM. WE BOTH LANDED ON THE KITCHEN FLOOR WRESTLING THROUGH THE KITCHEN CHAIRS AND TABLES I TRIED TO PULL HIM TO SAFETY INTO THE OTHER ROOM. WHEN WE STOPPED WRESTLING AND WERE IN THE OTHER ROOM THE BAG WAS TWISTED TIGHTLY AROUND HIS NECK AND HE DIED. I DID NOT REMEMBER THIS PORTION UNTIL I SAW THE AUTOPSY PHOTOS, AFTER HE PASSED I COMPLETLY BLACKED OUT FROM SHOCK AND WAS SURVIVING IN A STATE OF SHOCK FROM P.T.S.D. SCHOPPE SAID THE BAG WAS TWISTED 13 TIMES, SHE SAID SHUMWAY WAS TIED UP, HIT IN THE HEAD AND CHOKED THEN BURIED IN THE BACKYARD. I KNEW THIS WAS NOT FACTUAL AND COULD NOT WIN AT TRIAL THE WAY SHE FALSIFIED THIS INFO. SCHOPPE HAD FALSIFIED DOCUMENTS ON NUMEROUS AUTOPSIES, INCLUDING MINE FOR JOHN CREUZOT'S EASER WINNING PROSECUTION. SCHOPPE HAD TO STEP DOWN TO AVOID PROSECUTION. I BELIEVE PAUL BRAUCHLE AND JOHN CREUZOT BOTH KNEW SHE WAS UNDER INVESTIGATION WHEN I WAS SCARED INTO BY SIGNING FOR TIME. BRAUCHLE STARVED ME OF PURTINENT VALUABLE INFORMATION THAT WOULD HAVE MADE ME BE ABLE TO MAKE A SECURE RATIONAL DECISION TO GO TO TRIAL. I TOLD HIM WHAT REALLY HAPPENED BUT I DON'T BELIEVE HE EVER TOLD CREUZOT SO THEY BOTH CONSPIRED TO GET A MAN WHO WAS IGNORANT OF HIS RIGHTS AND THE LAW AND WHO CONFESSED IT WAS SELF DEFENSE. SHUMWAY HAD 10 ARRESTS WITH 3 AGGRAVATED ARRESTS, 51 CALLS TO 311 FROM NEIGHBORS

COMPLAINING ABOUT HIM TERRORIZING THE NEIGHBORHOOD AND HAD BEEN IN 3 MENTAL INSTITUTIONS. MY ATTORNEY TOLD ME THE D.A. WOULD NOT ALLOW THIS INFO ABOUT SHUMWAY TO BE USED AT TRIAL - IN MY 4TH APPLICATION I EXPLAINED ALL OF THIS BUT JOHN CREUZOT BARRED IT PROCEDURALLY SAYING IT SHOULD BE DISMISSED

(3) GROUNDS RAISED:

APPLICANT WAS DENIED DUE PROCESS, DUE COURSE OF LAW AND EQUAL PROTECTION OF THE LAW THAT VIOLATED HIS 5th, 6th & 14th AMEND. OF THE U.S. CONST. AND TEXAS CONST. ART I SEC 10, 14, 19

APPLICANT WAS PREJUDICED BY TRIAL COUNSEL THAT RENDERED CONSTRUCTIVE DENIAL OF ASSISTANCE OF COUNSEL DUE TO A MEDICAL EXAMINER UNDER INVESTIGATION THAT PROVIDED FALSE INFO IN A AUTOPSY REPORT AND DUE TO THE STATE COURT DISCLOSURE OBLIGATION UNDER ART. 39.14 OF TEX - CODE. CRIM. PROC. AND BRADY V. MARYLAND AND DUE TO A SILENT AND UNDEVELOPED RECORD.

(4) DID YOU RECIEVE AN EVIDENTIARY HEARING ON YOUR PETITION, APP OR MOTION?

NO

(D) DID YOU APPEAL TO THE HIGHEST STATE COURT HAVING JURISDICTION THE RESULT OF ACTION TAKEN ON PETITION, APP, OR MOTION?

(1) FIRST - YES

(2) SECOND - YES

(3) THIRD - YES

(4) FOURTH - YES

ABOUT GOING TO TRIAL WHICH HE RESPONDED "I CANT TELL YOU THAT."
THESE ACTS GO AGAINST THE US SUPREME COURTS RULE OF
INEFFECTIVE ASSISTANCE OF COUNCIL

J. GROUND SIX

RIGHT TO APPEAL

SUPPORTING FACTS:

TRIAL COUNCIL NEVER SHARED WITH ME THAT I HAVE A IMMEDIATE RIGHT TO APPEAL. I DIDN'T EVEN KNOW WHAT A APPEAL WAS UNTIL I CAME TO PRISON AND INMATES EXPLAINED THE WHOLE APPEAL PROCESS. BRAUCHLE ALSO NEVER GAVE ME PAPERWORK ON MY CONVICTION OF CRIMES SO I CAME TO PRISON NOT KNOWING ALL 5 CHARGES. I ACTUALLY HAD TO LOOK UP, OR HAVE THE LAW LIBRARY GIVE ME THE CRIMES AND CHARGES AND ALL THE CASE NUMBERS.

13. GROUNDS THAT WERE NOT PRESENTED IN ANY OTHER COURT, STATE OR FEDERAL.

(a) CONVICTION OBTAINED BY PLEA OF GUILTY WHICH WAS UNLAWFULLY INDUCED OR NOT MADE VOLUNTARILY WITH UNDERSTANDING OF THE NATURE OF THE CHARGE AND THE CONSEQUENCES OF THE PLEA.

FACTS: I DIDNT UNDERSTAND THE LAW AND MY CONST. RIGHTS UNTIL I SAW IT ON THE 2254 FORM, NO PERSON EVER EXPLAINED IT FROM THE COURTS.

(b) CONVICTION OBTAINED BY COERCED CONFESSION.

FACTS: I DIDNT UNDERSTAND THE LAW AND MY CONST. RIGHTS UNTIL I SAW IT ON THE 2254 FORM. NO PERSON EVER EXPLAINED IT FROM THE COURTS

(e) CONVICTION OBTAINED BY ~~[illegible]~~ BY A VIOLATION OF THE PRIVELEDGE AGAINST SELF INCRIMINATION.

FACTS: I DIDNT UNDERSTAND THE LAW AND MY CONST. RIGHTS UNTIL I SAW IT ON THE 2254 FORM. NO PERSON EVER EXPLAINED IT FROM THE COURTS.

(f) CONVICTION OBTAINED BY THE UNCONSTITUTIONAL FAILURE OF THE PROSECUTION TO DISCLOSE TO THE DEFENDANT EVIDENCE FAVORABLE TO THE DEFENDANT.

FACTS: I DIDNT KNOW EVIDENCE WAS SURPESSED AND HIDDEN ABOUT THE MEDICAL EXAMINER BEING UNDER INVESTIGATION UNTIL A LETTER CAME TO ME MAY 2020 FROM PROSECUTOR JOHN CREUZOT EXPLAINING THE FACTS OF CANDACE SCHOPPE'S INVESTIGATION. I THEN DISCOVER RULE 60; NEW EVIDENCE NOT AVAILABLE AT TRIAL AND BEGAN PURSUEING THIS RULE AS THE MAIN REASON FOR HABEUS CORPUS RELIEF. I AM BEING DISCRIMINATED AGAINST FROM PROSECUTOR JOHN CRUEZOT AND COURT OF CRIM. APPEALS FOR NOT USING THE OFFICIAL LANGUAGE OF LEGAL LANGUAGE AS ATTORNEYS. I BELIEVE JOHN CREUZOT IS ALSO DENYING ME A FAIR RIGHT TO A REAL REVIEW OF THE CONVICTION INTEGRITY UNIT BECAUSE ITS IN HIS OFFICE WHICH MAKES IT A CONFLICT OF INTEREST AS THEY DENIED ME WITH NO REASON GIVEN.

(i.) DENIAL OF EFFECTIVE ASSISTANCE OF COUNCIL

FACTS: I AM NOT AN ATTORNEY AND AM NOT ABLE TO PRESENT LEGAL LANGUAGE LIKE AN ATTORNEY AS THE STATE COURT AND COURT OF CRIM. APPEALS ARE HOLDING ME TO.

(j) DENIAL OF RIGHT TO APPEAL

FACTS: COUNCIL BRAUCHLE NEVER EXPLAINED THE APPEAL PROCESS AND I DISCOVERED THE PROCESS IN PRISON. I DISCOVERED THIS CONST. RIGHT ALSO ON THE 2254 FORM.

14. DO YOU HAVE ANY PETITION OR APPEAL PENDING IN COURT, EITHER STATE OR FEDERAL AS TO JUDGEMENT UNDER ATTACK - I HAVE REQUESTED A CERTIFICATE OF APPEALABILITY BY US DIST. JUDGE REED O'CONNOR IN THE NORTHERN DIST. COURT.

15. NAMES OF ATTORNEYS

PAUL BRAUCHLE, APRIL SMITH
DALLAS COUNTY PUBLIC DEFENDERS OFFICE - DALLAS COUNTY, TX

CONVICTION OBTAINED BY A VIOLATION OF PRIVELEDGE, SELF INCRIMINATION E. GROUND THREE

SUPPORTING FACTS:

THE TWO DETECTIVES FROM DALLAS THAT INTERVIEWED ME DID NOT MAKE CLEAR IF I UNDERSTOOD THAT THE STATE WOULD PROVIDE AN ATTORNEY AND THAT I HAD A RIGHT TO REFUSE TO TALK UNTIL I SPOKE WITH THAT ATTORNEY. I WAS COMPLETELY IGNORANT OF THE LAW AND IN A ALTERED STATE OF MIND WHEN I CONFESSED. THIS ACTION IS CONTRARY TO THE US SUPREME COURTS RULE OF DEFENDANTS RIGHTS TO NOT SELF-INCRIMINATE.

F. GROUND FOUR

CONVICTION OBTAINED BY THE UNCONSTITUTIONAL FAILURE OF THE PROSECUTION TO DISCLOSE TO THE DEFENDANT EVIDENCE FAVORABLE TO THE DEFENDANT

SUPPORTING FACTS: THESE ACTIONS ARE CONTRARY TO THE US. SUPREME COURTS CONVICTIONS OBTAINED BY THE UNCONSTITUTIONAL FAILURE OF PROSECUTION TO DISCLOSE EVIDENCE FAVORABLE TO DEFENDANT.

PROSECUTOR JOHN CREUZOT AND COUNCIL PAUL BRAUCHLE BOTH CONSPIRED TOGETHER TO CONCEAL, MEDICAL EXAMINER CANDACE SCHOPPE WAS UNDER INVESTIGATION FOR FALSIFYING AUTOPSY REPORTS FOR JOHN CREUZOT TO HELP HIM WIN PROSECUTIONS. SCHOPPE FALSIFIED NUMEROUS AUTOPSY REPORTS FOR CREUZOT AND HAD TO STEP DOWN FROM HER POSITION TO AVOID PROSECUTION. SCHOPPE FALSIFIED AUTOPSY CAUSE OF DEATH ON MY CASE'S AUTOPSY REPORT WHICH I IMMEDIATLY TOLD PAUL BRAUCHLE WHEN HE READ THE AUTOPSY REPORT. BRAUCHLE TOLD ME, "IT SOUNDS LIKE YOU ARE CHANGING YOUR STORY." THIS IS BECAUSE WHEN I CONFESSED TO THE DETECTIVES AND TOLD PAUL BRAUCHLE WHAT HAPPENED I TOLD THEM EVERY THING I COULD REMEMBER AT THAT TIME. DUE TO BEING TRAMATIZED BY RON SHUMWAY TRYING TO CHOKE ME TO DEATH I WAS SURVIVING IN A STATE OF MENTAL TRAMA; P.T.S.D. IT WAS ONLY WHEN I SAW THE AUTOPSY PHOTOS OF SHUMWAY THAT TRIGGERED THE REST OF WHAT HAPPENED ON THE DAY OF HIS ASSAULTING ME. BRAUCHLE KEPT THIS INFO I GAVE HIM SURPESSED FROM HIS SILENT RECORD, THE D.A. AND THE COURTS. PAUL BRAUCHLE, IN THE VERY END OF THE THREE YEARS I AWAITED A TRIAL, FINALLY SHARED SOME PERTANENT INFO ON THE PSYCHOTIC VIOLENT MENTAL STATE OF RON SHUMWAY. BRAUCHLE SAID HE HAD BEEN ARRESTED TEN TIMES, 3 OF THOSE ARRESTS WERE AGGRAVATED, SHUMWAY HAD BEEN IN 3 MENTAL INSTITUTIONS AND THERE WERE 51 COMPLAINTS BY NEIGHBORS AGAINST SHUMWAY FOR PSYCHOTIC BEHAVIOR, THREATS, STALKING & VIOLENCE AGAINST NEIGHBORS. SHUMWAY ALSO HIT A DOG AND KILLED IT WITH HIS CAR AS A ACT OF RETALIATION AGAINST A NEIGHBOR AND DIDN'T STOP HIS CAR. BRAUCHLE TOLD ME THE D.A. SAID I COULD NOT USE THIS IN TRIAL BECAUSE SHUMWAY WAS DEAD AND COULD NOT DEFEND HIMSELF.

12. GROUNDS WHICH I CLAIM THAT I AM BEING HELD UNLAWFULLY A. GROUND ONE

(a) CONVICTION OBTAINED BY PLEA OF GUILTY WHICH WAS UNLAWFULLY INDUCED OR NOT MADE VOLUNTARILY WITH UNDERSTANDING OF THE NATURE OF THE CHARGE AND THE CONSEQUENCES OF THE PLEA.

SUPPORTING FACTS:
COUNCIL PAUL BRAUCHLE, UNLAWFULLY INDUCED A GUILTY PLEA WHICH WAS CONTRARY TO THE US SUPREME COURTS RULES OF EFFECTIVE ASSISTANCE OF COUNCIL BY FAILING TO SHOW ME MY DISCOVERY WHICH THE STATE COURT PROSECUTOR WAS AWARE OF BY MY MULTIPLE COMPLAINTS TO JUDGE TRACY HOLMES. I MADE TWO REQUESTS IN PERSON TO JUDGE TRACY HOLMES ABOUT COUNCIL NOT SHOWING ME MY DISCOVERY AND ASKED FOR BRAUCHLE TO BE FIRED BECAUSE OF THIS. JUDGE TRACY HOLMES DENIED THE FIRST REQUEST AND FIRED BRAUCHLE THE SECOND TIME. COUNCIL BRAUCHLE THEN USED FEAR & INTIMIDATION AFTER THE JUDGE FIRED HIM BY TELLING ME I WOULD REMAIN IN DALLAS COUNTY FOR ANOTHER THREE YEARS WITH A NEW ATTORNEY. I MADE THIS COMPLAINT IN MY HABEUS CORPUS AND JUDGE TRACY HOLMES THEN WENT ON TO CONTRADICT HERSELF BY STATING "I'VE KNOWN PAUL BRAUCHLE FOR MANY YEARS AND HE WOULD NOT DO THAT." PROSECUTOR JOHN CREUZOT AND COUNCIL PAUL BRAUCHLE CONSPIRED TOGETHER TO GET A GUILTY PLEA BY SUPPRESSING EVIDENCE OF A MEDICAL EXAMINER, CANDACE SCHOPPE OF "SWIFS" WHO WAS UNDER INVESTIGATION FOR FALSIFYING AUTOPSY REPORTS FOR JOHN CREUZOT. SCHOPPE DID THE AUTOPSY ON MY CASE AND DID FALSIFY FINDINGS ON MY AUTOPSY REPORT. SCHOPPE DID HAVE TO STEP DOWN TO AVOID PROSECUTION AND HER FINDINGS ON MY AUTOPSY REPORT INFLUENCED MY DECISION TO NOT PURSUE A TRIAL. THIS MAKES HER AUTOPSY REPORT UNRELIABLE AND COULD NOT HAVE BEEN USED IN MY TRIAL. THIS WAS COMPLETELY HIDDEN AND SUPRESSED UNTIL IT WAS MADE KNOWN IN THE MEDIA AND THEN I RECIEVED A LETTER FROM CREUZOT MAY OF 2020 TO CONTACT COUNCIL BRAUCHLE BUT BRAUCHLE HAD PASSED AWAY. THESE ACTIONS ARE CONTRARY TO THE US SUPREME COURTS RULES OF CONVICTIONS OBTAINED BY UNLAWFUL INDUCEMENT

B. GROUND TWO

SUPPORTING FACTS:

CONVICTION OBTAINED BY USE OF COERCED CONFESSION:

THE TWO DETECTIVES FROM DALLAS WHO FLEW TO LA THE SAME DAY I WAS ARRESTED COERCED A CONFESSION WHICH WAS CONTRARY TO THE U.S. SUPREME COURTS RULES BY PULLING ME OUT FOR A INTERVIEW AT OR ABOUT 3:00 AM WHEN I WAS IN A STATE OF SHOCK, TRAMATIZED, EXHAUSTED AND STILL UNDER THE INFLUENCE OF PSYCHADELIC MUSHROOMS. NO OFFICERS OF THE STATE OF TEXAS OR COUNCIL EVER PROVIDED A MENTAL HEALTH EXAM TO SEE IF I WAS IN A SANE STATE OF MIND FOR THE WHOLE THREE YEARS I WAS IN DALLAS COUNTY. I HAVE BEEN ON A PSYCH MED EFFEXIR & TRAZADONE FOR SEVERE P.T.S.D. SINCE BEING ARRESTED. I WAS MISDIAGNOSED IN DALLAS COUNTY AND WAS DIAGNOSED WITH BI-POLAR AND GIVEN ABILIFI WHICH CAUSED ME TO HAVE SEVERE SIDE EFFECTS WHICH CAUSED PERIODS OF "BLACK OUTS" WHICH CAUSED ME TO NOT BE ABLE TO REMEMBER A LOT OF THINGS COUNCIL & THE COURTS WOULD TELL ME. THESE ACTIONS ARE CONTRARY TO THE US SUPREME COURTS RULES OF CONVICTIONS OBTAINED BY COERCED CONFESSION.

I NEVER RECIEVED ANY OTHER INFORMATION AND WAS NEVER SHOWN THE COMPLETE, PARTIAL OR ANY OF THE DISCOVERY SO WITH KNOWING SCHOPPE'S FALSE FINDINGS ON SHUMWAY'S DEATH I KNEW A JURY WOULD ABSOLUTELY FIND ME GUILTY. THESE ACTIONS ARE CONTRARY TO THE U.S. SUPREME COURT'S RULES FOR CONVICTIONS OBTAINED BY FAILURE OF THE PROSECUTION TO DISCLOSE FAVORABLE EVIDENCE TO THE DEFENDANT.

DENIAL OF EFFECTIVE ASSISTANCE OF COUNCIL
SUPPORTING FACTS:

I. GROUND FIVE

DETAILS OF DENIAL OF EFFECTIVE ASSISTANCE OF COUNCIL WERE REPORTED TO JUDGE TRACY HOLMES ON TWO DIFFERENT OCCASSIONS CAUSING HER TO ACCEPT MY REQUESTS TO FIRE BRAUCHLE ON MY SECOND ATTEMPT. I WAS IN A STATE OF MENTAL TRAMA WITH P.T.S.D. DURING THE THREE YEARS AT DALLAS COUNTY AND CURRENTLY CANT RECALL THE MULTIPLE GRIEVANCES AGAINST COUNCIL. I WOULD LIKE TO HAVE THE HONORABLE COURTS REQUEST TRIAL TRANSCRIPTS AS I HAVE NOT BEEN ABLE TO AFFORD THEM. I DO KNOW BRAUCHLE TOOK ADVANTAGE OF MY MENTAL STATE MAKING ME INCOMPETENT TO UNDERSTAND WHAT WAS HAPPENING ~~WITH MY CASE, BRAUCHLE WAS NOT "COUNCILING" ME. BRAUCHLE ONLY~~ VISITED ME 8-10 TIMES IN 3 YEARS AND DEPRIVED ME OF INFORMATION PERTANENT TO THE CASE, BRAUCHLE NEVER SHARED THE DISCOVERY EVEN AFTER JUDGE TRACY HOLMES ORDERED HIM TO DO SO. BRAUCHLE ALSO TOOK ADVANTAGE OF ME BEING IGNORANT OF THE LAW AND MY RIGHTS AND THE FACT HE KNEW I WAS NOT IN TOUCH WITH MY FAMILY MAKING ME MORE DESPARATE TO THE FACT I WAS AT HIS MERCY. DURING THE 3 YEARS, AT SOME POINT BRAUCHLE TOLD ME THAT A INMATE IN LA COUNTY HAD HIS ATTORNEY CONTACT THE DALLAS D.A. CREUZOT AND TOLD HIM I HAD CONFESSED TO THE MURDER IN LA COUNTY WHICH WAS A LIE. A STORY ABOUT MY CASE WAS ON THE LOCAL LA NEWS AND AS I WAS SITTING IN THE DORM PEOPLE RECOGNIZED ME AND I GUESS TRIED TO TAKE ADVANTAGE OF THE SITUATION. AFTER COUNCIL TOLD ME THIS HIS ATTITUDE TOWARDS ME COMPLETELY SOURED AND IT SEEMED THEN AND REALLY MOST OF HIS TIME AS COUNCIL, BRAUCHLE WAS WORKING MORE TO HELP CREUZOT PROSECUTE ME. I HAD ASKED BRAUCHLE ONE TIME FOR COUNCIL. I ASKED HIM WHAT DO YOU THINK I SHOULD DO

16. WERE YOU SENTENCED ON MORE THAN ONE COUNT OF INDICTMENT, OR ON MORE THAN ONE INDICTMENT, IN THE SAME COURT AND AT THE SAME TIME?
YES.

17. DO YOU HAVE ANY FURTHER SENTENCE TO SERVE AFTER YOU COMPLETE THE SENTENCE IMPOSED BY THE JUDGEMENT UNDER ATTACK?
NO.

18. TIMELINESS OF PETITION: IF YOUR JUDGEMENT OF CONVICTION BECAME FINAL OVER ONE YEAR AGO, YOU MUST EXPLAIN WHY THE ONE YEAR STATUTE OF LIMITATIONS AS CONTAINED IN 28 U.S.C. § 2244(d) DOES NOT BAR YOUR PETITION.
NO.

WHEREFORE, PETITIONER PRAYS THAT THE COURT GRANT PETITIONER RELIEF TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 12/19/2024

*I APOLOGIZE FOR HAVING TO USE SCRAPS OF PAPER DUE TO THE LAW LIBRARY DENYING ME ACCESS TO WRITING SUPPLIES

Christopher Brian Colbert

IN FORMA PAUPERIS DECLARATION

AT THE CURRENT TIME EA/WR UNIT HAS BEEN ON A BI-ANNUAL LOCKDOWN FROM 12-2-24 TO CURRENT DATE 12/19/24. THE UNIT LAW LIBRARY MANAGER, GWEN SPURLOCK HAS BEEN RETALIATING ON ME BY OBSTRUCTION BECAUSE OF THE 1983 CIVIL LAWSUIT I FILED ON T.D.C.J., EA/WR UNIT, SMITH UNIT & ALLRED BY U.S. DIST. COURT JUDGE REED O'CONNOR IN THE NORTHERN DIST. COURT, WICHITA FALLS DIVISION. I HAVE THIS OFFICER AS A DEFENDANT AND SHE REFUSED TO SEND ME INDIGENT WRITING SUPPLIES FROM 12/2/24 TO 12/19/24. SHE REFUSED TO GIVE ME A 2254 FORM, REFUSED TO GIVE ME THE TDCJ ADMIN EMPLOYEE ROSTER. TEN INMATES INCLUDING MYSELF FILED TEN STEP 1'S ON HER ON 12/9/24 FOR SUB-STANDARD DUTY PERFORMANCE & RETALIATION. I HAD TO WRITE JUDGE REED O'CONNOR TO GET A TIME EXTENSION AND EXPLAINED SPURLOCK'S ACTIONS TO DEPRIVE AND DENY ME ACCESS TO THE COURTS TO SLOW DOWN OR STOP THE LAWSUIT. SPURLOCK THEN WENT IN THE VERY DAY AFTER SHE GOT THE WRITE UPS AND FALSIFIED STATE COURT DOCUMENTS BY CHARGING MY INMATE TRUST FUND ACCOUNT SAYING SHE CHARGED MY ACCOUNT FOR WRITING SUPPLIES ON 12/4/24 AND SENT THE 2254 FORM ON 12/9/24. TO ME THIS WAS SPURLOCK COVERING HER CRIMINAL ACTIVITY. I HAVE FILED A STEP I ON HER. THIS WOMAN HAS BEEN UNDER INVESTIGATION BEFORE FOR TAMPERING WITH INMATES 1983 LAWSUIT & HABEUS CORPUS LEGAL WORK. SHE IS NOT RESPONDING TO ANY REQUEST FROM ME FOR ACCESS TO COURTS BUT HAS SENT SEVERAL INMATES ON K-LINE WHERE I'M HOUSED LEGAL FILES & WRITING SUPPLIES THE WHOLE LOCKDOWN. I AM ON A TIME EXPIRATION DATE OF 12/21/24 TO FILE MY 2254 SO I'M AT HER MERCY I AM GOING TO MAIL THIS AND REQUEST HELP FROM THE COURT.

CHRISTOPHER BRIAN COLBERT
2245499
WAINWRIGHT UNIT
2665 JOVIAN MOTLEY
LOVELADY, TX 75851

FREEDOM FOREVER USA

United States Courts
Southern District of Texas
FILED
JAN 0 3 2025
Nathan Ochsner, Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
P.O. BOX 61010
HOUSTON, TX 77208

Christopher Brian Colbert

MAILED 12/19/24

77208&1010 B001