IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BRIAN COLBERT, | § | |
| TDCJ No. 2245499, | § | |
| | § | |
| Petitioner, | § | |
| | § | No. 3:25-cv-649-K |
| V. | § | |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remainder for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Petitioner Christopher Brian Colbert leave to proceed *in forma pauperis* and ORDERS that he pay the $5.00 filing fee within **21 days** of this order. If he does not, the Court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

SO ORDERED.

Signed August 5th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE