Clerk- 10/22/25

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 31 2025
CLERK, U.S. DISTRICT COURT
By ___ Deputy

I wanted to send you more information as evidence that I have struggled to have access to the law library to get a officer to help me with appropriate legal forms. In this instance, my Habeus Corpus for a disciplinary case resulted in the Judge having to extend time to file a income trust statement due to me arriving at Hughes unit from Wynne unit on 8/5/25 & being housed in overflow housing from 8/5/25 to 9/1/25 where we can't leave our cell & depend on staff from the mailroom & law library to come to our cells to give us legal mail & documents & thumbprint access which does not happen in a timely manner like T.D.C.J. policy claims it will. On 9/1/25 I left overflow for G4 population housing & I wing was on a 15 day contraband lockdown, as I did provide that info

in my last correspondence. I pray the Honorable Court has recieved my sister's $5.00 personal check (Debbie Burchette) as payment for my court fee & re-instate my Habeus Corpus. I am not able to contact T.D.C.J. Huntsville to verify when & if they recieved my Inmate Trust Fund withdrawel slip for $5.00, but from what Ive experienced in the past sometimes they take upto 90 days. I have also reached out to Mrs Reins who had the responsibility of mailing that with-drawel slip to Huntsville & our Major Hackette explaining what happened & have asked them both to write the Honorable Judge Ed Kinkeade a referral letter on the situation.

Respectfully Submitted,

[signature]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BRIAN COLBERT | § | |
| VS. | § | CIVIL ACTION NO. 9:25-CV-200 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

On July 17, 2025, Petitioner was ordered to either pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* accompanied with a certified income trust statement for the preceding six-month period (Doc. #7). Petitioner filed a Motion for Leave to Proceed *In Forma Pauperis* on August 11, 2025 (Doc. #11). The motion, however, does not include a certified income trust statement. In his closing correspondence, Petitioner states that he was recently relocated to the Wynn Unit and has been unable to go to the library to obtain the certified income trust statement. The court liberally construes this as a motion for extension of time to file the certified income trust statement. It is, therefore,

**ORDERED** that the construed Motion for Extension of Time (Doc. #11) is **GRANTED**. Petitioner has thirty (30) days from entry below to file a certified income trust statement showing the average balance in and deposits made to Petitioner's inmate trust account for the preceding six-month period. Petitioner is admonished that failure to comply with this order may result in dismissal of this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this the 8th day of October, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

Chris Colbert
2245499
Hughes unit
3201 FM 929
Gatesville, TX
76501

10/23/25
[signature]

AUSTIN TX 787
RIO GRANDE DISTRICT
27 OCT 2025 AM 4 L




1775 ★ 2025

RECEIVED
OCT 3 1 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St. #1452
Dallas, Tx

75242-131052