IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BRIAN COLBERT,<br>TDCJ No. 2245499,<br><br>Petitioner,<br><br>V.<br><br>DIRECTOR, TDCJ-CID,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:25-cv-649-K-BN |

**ORDER ON REQUEST TO REINSTATE**

Christopher Brian Colbert, a Texas prisoner, submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 in the Southern District of Texas relating to convictions in Dallas County. *See* Dkt. No. 1. The Southern District of Texas transferred the case to this district. *See* Dkt. No. 5. And United States District Judge Ed Kinkeade referred Colbert's petition to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

The undersigned entered findings of fact and conclusions of law recommending that Colbert should be denied leave to proceed *in forma pauperis* (the "FCR"). *See* Dkt. No. 26. The Court accepted the FCR and ordered Colbert to pay the $5 filing fee within 21 days of the order. *See* Dkt. No. 30. Because Colbert filed a notice of change of address shortly after the Court's order, the Court *sua sponte* extended Colbert's deadline to pay the filing fee to September 26, 2025. *See* Dkt. No. 32.

On October 7, 2025, after Colbert failed to pay the filing fee by the extended deadline, the Court dismissed this action without prejudice under Federal Rule of Civil Procedure 41(b). *See* Dkt. No. 35. But when the Court received the filing fee on October 28, 2025, it *sua sponte* reopened the action and again referred the case to undersigned United States magistrate judge for pretrial management. *See* Dkt. No. 39.

On the same day, Colbert filed a motion seeking to reinstate the case. *See* Dkt. No. 40. Because the Court already reopened the case *sua sponte*, Colbert's motion to reinstate [Dkt. No. 40] is TERMINATED as moot.

SO ORDERED.

DATED: December 3, 2025

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE