12/1/25

Clerk-

I wanted to thank the Honorable Judge Ed Kinkeade for re-instating my case & let him know I appreciate it very much. I hope all of you have a very happy Holiday Season & a blessed 2026!

RECEIVED
DEC - 9 2025
KNB
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3:25-cv-649

GOD BLESS!

Thank you,
Chris [signature]

Chris Colbert
2245499
Hughes
3201 FM 929
Gatesville, TX
76597

AUSTIN TX 787
RIO GRANDE DISTRICT
4 DEC 2025 AM 3 L

1775




RECEIVED
DEC - 9 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St. # 1452
Dallas, TX
75242-1310

75242-131052